*If this opinion indicates that it is "FOR PUBLICATION," it is subject to revision until final publication in the Michigan Appeals Reports.*

# S T A T E   O F   M I C H I G A N

# C O U R T   O F   A P P E A L S

LAUREN MICHELLE BROWN,

      Plaintiff-Appellee,

v

LEON JERMAINE WALKER,

      Defendant-Appellant.

UNPUBLISHED
September 5, 2019

No. 345917
Wayne Circuit Court
Family Division
LC No. 17-111471-DC

Before: BECKERING, P.J., and SAWYER and CAMERON, JJ.

BECKERING, P.J. (*concurring*).

      I concur in the result only.

                        /s/ Jane M. Beckering